# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Elkin Eugene Trench, Sr.,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-01987-PHX-DJH (ASB)

**ORDER**

On March 31, 2026, the Court issued an Order requiring Respondents to show cause why Petitioner's § 2241 Petition should not be granted on the ground that he was released from immigration custody and that release entitled him to a pre-deprivation hearing before being redetained. Respondents' deadline was April 8, 2026, but that deadline has now expired, and Respondents did not file a response.

Given this backdrop, the Court concludes consistently with the OSC that the Petition should be granted based on the cases cited in the Court's March 31, 2026 Order. (Doc. 4.)

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at

Mary.Finlon@usdoj.gov.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 9th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -